AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

**SOUTHERN** DISTRICT OF **TEXAS**

UNITED STATES OF AMERICA
V.
REYES, Yolanda, YOB: 1989, USC

**CRIMINAL COMPLAINT**

CASE NUMBER: M-18-0494-M

United States District Court
Southern District of Texas
FILED
MAR 07 2018
Clerk of Court

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **March 6, 2018** in **Hidalgo** county, in the **Southern** District of **Texas** defendant(s) did,

Knowingly and Intentionally possess with the Intent to Distribute approximately 132.1 kilograms of Marijuana, a Schedule I Controlled Substance.

Knowingly and Intentionally conspire to possess with the Intent to Distribute approximately 132.1 kilograms of Marijuana, a Schedule I Controlled Substance.

in violation of Title **21** United States Code, Section(s) **846, 841 (a) (1)**

I further state that I am a(n) **DEA Task Force Officer** and that this complaint is based on the following facts: See Attachment "A".

Continued on the attached sheet and made a part of hereof:   X Yes    /No

approved by [signature]

Signature of Complainant
Cosme A. Muniz III, DEA Task Force Officer

Sworn to before me and subscribed in my presence,

March 7, 2018
Date

At   McAllen, Texas
City and State

J. Scott Hacker, U.S. Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

## ATTACHMENT

On March 6, 2018, Weslaco Border Patrol Agents were conducting still watch operations south of Progreso, Texas on Farm to Market (FM) 1015. This area is notorious for undocumented aliens and narcotic smuggling.

At approximately 11:26 a.m., Border Patrol Agent Grand McCurdy was conducting still watch operations when he observed a light blue Chevrolet Malibu southbound on FM 1015. Agent McCurdy observed the Malibu turn west into a gravel parking lot which is primarily used by tractor trailers. As the Malibu was southbound on the east side of the parking lot, Agent McCurdy observed one subject emerge from a manhole close by. One subject ran towards the Malibu and signaled for it to park close to the manhole. As the driver of the Malibu, later identified as Yolanda REYES (DOB: 11/16/1989), parked the Malibu, multiple subjects emerged from the same manhole with bundles of suspected narcotics into the Malibu back passenger compartment and trunk.

Agent McCurdy immediately notified Sector Dispatch to restrict all radio communication and notified all nearby agents to move in and attempt to intercept the Malibu. REYES began to drive northbound in the parking lot exit. Border Patrol Agent Elde Garcia immediately responded with his lights and sirens on his patrol unit. BPA Garcia was able to intercept the Malibu as it was approaching the exit of the parking lot towards FM 1015. BPA Garcia ordered REYES to turn the vehicle off and not to move. BPA Garcia could see the bundles of suspected narcotics through the windshield upon approaching the vehicle. BPA Garcia ordered REYES to exit the vehicle and he placed REYES under arrest. REYES was read her Miranda Warnings in the English language at 11:30 a.m. and was witnessed by BPA Humberto Escamilla.

A total of thirteen (13) bundles were weighed by BPA Hans Zlomek and BPA Alexis Valdez which yielded a total of 132.1 kilograms. REYES, Malibu and the narcotics were transported to the Weslaco Border Patrol Station for processing.

On that same date, DEA Task Force Officer Cosme A. Muniz III and Special Agent Mariah Yates responded to the Weslaco Border Patrol Station. TFO Muniz read REYES her Miranda Warnings in her preferred language of English. REYES agreed to provide Agents with a statement.

REYES started by stating she was visiting her mother at the Doctors Hospital at Renaissance Health System located in Edinburg, Texas this morning. While there, she received a telephone call from a Jesus Reyna who asked her if she would go to Mexico (Progreso) and pick up some medication for his father who is diabetic. REYES agreed.

Upon approaching the Progreso Port of Entry, Jesus Reyna called REYES on her cell phone and told her to stop by some tractor-trailers. REYES stated she observed a brown pickup following her. Jesus Reyna told her to stop and she then observed several male subjects emerge from a manhole and began loading bundles of narcotics into her vehicle. REYES stated she then drove away and then shortly thereafter was stopped by Border Patrol Agents and arrested. REYES stated she had nothing else to say. Interview was then terminated.